UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
LIBERTY MUTUAL INSURANCE      )
COMPANY,                      )
      Plaintiff,             )
                             )      CIVIL ACTION NO.
      v.                     )      04-10682-DPW
                             )
THE BLACK & DECKER CORPORATION, )
BLACK & DECKER, INC.,        )
BLACK & DECKER (U.S.) INC.,   )
EMHART CORPORATION, and      )
EMHART, INC.,                )
      Defendants.            )
```

JUDGMENT
October 19, 2004

WOODLOCK, District Judge

In accordance with this court's Memorandum and Order entered December 5, 2003, in Civil Action 96-10804 -- the pleadings, submissions and rulings in which have been made a part of this case -- granting the motion of the Plaintiff Liberty Mutual Insurance Company for summary judgment regarding the W.W. Cross Lagoon, Jaffrey, New Hampshire site, it is hereby ORDERED, ADJUDGED and DECREED:

1.    JUDGMENT for Liberty Mutual Insurance Company against the Defendants on Count 1 of the Complaint, entitled "Declaration of No Coverage Obligations," pursuant to which it is hereby DECLARED:

(a)  there is no coverage under any Liberty Mutual

policy for the W.W. Cross Lagoon, Jaffrey, New Hampshire site and any Claims arising out of the W.W. Cross Lagoon, Jaffrey, New Hampshire site;

(b) Liberty Mutual owes no duty to defend defendants with respect to the W.W. Cross Lagoon, Jaffrey, New Hampshire site and any Claims arising out of the W.W. Cross Lagoon, Jaffrey, New Hampshire site; and

(c) Liberty Mutual has no duty to indemnify defendants for any liabilities defendants may have with respect to the W.W. Cross Lagoon, Jaffrey, New Hampshire site and any Claims arising out the W.W. Cross Lagoon, Jaffrey, New Hampshire site.

2.    Counts II and III of the Complaint, entitled "Declaration of Set-off of Defendants' Obligations" and "Applicability of Certain Policy Terms," respectively, are hereby dismissed as moot in view of the entry of judgment for Liberty Mutual Insurance Company on Count 1 of the Complaint.

3.    The Counterclaim of the Defendants against the Plaintiff is dismissed.

4.    Pursuant to Fed. R. Civ. P. 54(d)(1), Plaintiff shall recover costs, other than attorney's fees.

BY THE COURT,

<u>/s/Rebecca Greenberg</u>
Deputy Clerk

DATED:  October 19, 2004