UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE BLACK & DECKER CORPORATION, BLACK & DECKER, INC., BLACK & DECKER (U.S.) INC., EMHART CORPORATION, and EMHART INDUSTRIES, INC.,<br><br>Defendants. | C.A. No. 1:04-CV-10682-DPW |

## NOTICE OF APPEAL

Notice is hereby given that defendants, The Black & Decker Corporation, Black & Decker, Inc. Black & Decker (U.S.) Inc., Emhart Corporation and Emhart Industries, Inc., hereby appeal to the United States Court of Appeals for the First Circuit from the final judgment entered in this action on October 19, 2004 and all interlocutory orders and rulings associated therewith, including all portions of the Memorandum and Order entered on December 5, 2003, in Civil Action No. 96-10804-DPW pertaining to the WW Cross Lagoon site in Jaffrey, New Hampshire

2

that is the subject of this action.

                                                                        By their attorneys,

                                                      /s/Jack R. Pirozzolo  
                                                   Jack R. Pirozzolo BBO# 400400  
                                                   Richard L. Binder BBO# 043240  
                                                   Willcox, Pirozzolo & McCarthy  
                                                   Professional Corporation  
                                                   50 Federal Street  
                                                   Boston, Massachusetts 02110  
                                                   (617) 482-5470