UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, )<br><br>Plaintiff, )<br>v. )<br><br>THE BLACK & DECKER CORPORATION, BLACK & DECKER INC., BLACK & DECKER (U.S.) INC., EMHART CORPORATION, and EMHART, INC., )<br><br>Defendants. ) | C.A. No. 1:04-CV-10682-DPW |

## STIPULATION OF DISMISSAL
(W.W. Cross, NH (Lagoon))

IT IS HEREBY STIPULATED AND AGREED, by and between the parties,

pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that all claims

and counterclaims in the captioned action are hereby dismissed, with prejudice,

without costs, and with all rights of appeal waived.

- 2 -

LIBERTY MUTUAL INSURANCE
COMPANY

By its Attorneys,


_____RW7dr_____
Ralph T. Lepore, III (BBO #294420)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
(617) 523-2700


Dated:  March 24, 2005

# 2589414_v1

Respectfully submitted,

THE BLACK & DECKER
CORPORATION, ET ALS.

By their Attorneys,


_____
Jack R. Pirozzolo (BBO #400400)
Richard L. Binder (BBO #043240)
WILLCOX, PIROZZOLO &
MCCARTHY
Professional Corporation
50 Federal Street
Boston, Massachusetts 02110
(617) 482-5470

I hereby certify under the pains and penalties
of perjury that this document was served upon
counsel for all parties in this case on

____3·24·05____  By Hand / By Mail
____RDa____

- 2 -